IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO. 4:07cr44-RH/CAS

JUDSON BRUNOT,

     Defendant.

_____/

ORDER SETTING PROCEDURES ON MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE

Upon consideration of the defendant's motion for early termination of supervised release, ECF No. 131,

IT IS ORDERED:

1.  The probation officer must provide a memorandum to the court (referred to in this order as the "fact memorandum") setting out the date when the defendant's supervised release began and is scheduled to end, addressing the early termination criteria listed in Monograph 109 as approved by the Judicial Conference of the United States, noting whether the government opposes early termination, and setting out any additional information the officer deems appropriate. The Monograph 109 analysis may be of any length the officer deems

appropriate and thus may be as brief as a single sentence setting out the probation officer's overall conclusion for all of the Monograph 109 factors together.  The officer must provide a copy of the fact memorandum to the parties.

      2.  The probation officer may include a recommendation in the fact memorandum served on the parties, or the officer may include a recommendation in a separate memorandum (referred to in this order as a "recommendation memorandum") that will not be disclosed to the parties.  No action adverse to a party will be taken based on factual information included in a recommendation memorandum without affording the party an opportunity to respond.

      3.  The defendant may file a response to the fact memorandum within 14 days after it is served.

      4.  The government may file a response to the motion for early termination and to the fact memorandum within 14 days after fact memorandum is served.

      SO ORDERED on August 14, 2012.

                                                    s/Robert L. Hinkle
                                                    United States District Judge